IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALVIN HERRON,

    Petitioner,

v.                                                              4:19cv186–WS/CAS

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 10) docketed December 9, 2019. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be denied. Petitioner has filed objections (ECF No. 13) to the magistrate judge's report and recommendation.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted. Like the magistrate judge, the undersigned finds that Petitioner has failed to show that he is entitled to relief under 28 U.S.C. § 2254. Accordingly, it is

ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 10) is hereby ADOPTED and incorporated by reference into this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DENIED.

3. The clerk shall enter judgment stating: "Alvin Herron's petition for writ of habeas corpus is DENIED."

4. Petitioner's request (ECF No. 13) for a certificate of appealability is DENIED.

DONE AND ORDERED this __21st__ day of __February__, 2020.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE